**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DESTINY DAWN ROTH**                                                                   **PLAINTIFF**

**v.**                              **CASE NO. 4:22-CV-00393-BSM**

**SHELTER MUTUAL INSURANCE
COMPANY**                                                                              **DEFENDANT**

## <u>ORDER</u>

The motion to remand [Doc. No. 10] is granted and this case is immediately remanded to the Stone County Circuit Court for lack of  federal jurisdiction.  28 U.S.C. § 1332; *see* Doc. Nos. 14 &15.

IT IS SO ORDERED this 29th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE